IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **CURTIS ALAN MOSER,** | ) | Civil Action No. 7:13-cv-00232 |
|     **Plaintiff,** | ) | |
| | ) | **MEMORANDUM OPINION** |
| **v.** | ) | |
| | ) | By:    Norman K. Moon |
| **UNNAMED,** | ) | United States District Judge |
|     **Defendant(s).** | ) | |

    Curtis Alan Moser, proceeding pro se, has filed a civil rights complaint pursuant to 42 U.S.C. § 1983. By Order entered May 28, 2013, the Court directed Plaintiff to submit within 10 days from the date of the Order a signed and dated copy of his complaint and further ordered Plaintiff to submit financial information and to verify that he exhausted administrative remedies as to each of the claims raised in the complaint. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

    More than 10 days have elapsed since entry of the Order, and Plaintiff has failed to comply with the conditions described above. Accordingly, the Court dismisses this action without prejudice and strikes the case from the active docket of the court. Plaintiff may re-file the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

    The Clerk is directed to send a copy of this Memorandum Opinion and the accompanying Order to Plaintiff.

    ENTER: This __3rd__ day of July, 2013.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE