IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **CURTIS ALAN MOSER,** ) | | |
| Plaintiff, ) | Civil Action No. 7:13-cv-00232 | |
| ) | | |
| v. ) | **DISMISSAL ORDER** | |
| ) | | |
| **UNNAMED,** ) | By:    Norman K. Moon | |
| Defendant(s). ) | United States District Judge | |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to Plaintiff.

ENTER:  This __3rd__ day of July, 2013.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE